IN RE:	UNITED STATES BANKRUPTCY COURT
	WESTERN DISTRICT OF LOUISIANA
**BENJAMIN BROUSSARD-SNEAD**   LAKE CHARLES DIVISION	CASE NO.: 14-20734

*Debtor(s)*	CHAPTER 13

# CHAPTER 13 PLAN

NUMBER OF MONTHS: **60 mos**.
PAYMENT AMOUNT: **$430.00 per month**
FIRST PMT. DUE DATE: **September 6th, 2014**
ADDITIONAL PLEDGES: Debtor(s) shall remit to the Trustee copies of Federal and State tax returns (the paperwork) required to be filed for each year you are in your plan, and any proceeds received from tax refunds (the money), for tax years **14, 15, and 16**, **excluding EIC**. (EIC is the only "credit" you may keep).

## I. DIRECT PAYMENTS
NONE

## II. CLAIMS SATISFIED BY SURRENDER OF COLLATERAL.
A. **Firestone FCU** has a lien on a **2002 Chevrolet Silverado**, which is surrendered in FULL satisfaction of the debt.

## III. PAYMENTS DISTRIBUTED BY TRUSTEE
A. ADMINISTRATIVE CLAIMS
1. SIMON FITZGERALD requests a fee of **$2,800.00** to be paid from property of the estate.

B. POST-PETITION MONTHLY MORTGAGE PAYMENTS
   **NONE**

C. SECURED CREDITORS RECEIVING 910 DAY "HANGING PARAGRAPH" TREATMENT*
   **NONE**

D. OTHER SECURED CREDITORS*
1. **Capital One/Yamaha** has a lien on a **2005 Yamaha Stratoliner**, valued hereby at **$5,000.00**, will be paid that value with **5%** interest over **60** months, receiving AP payments of **$100.00** for months **1-11**, then payments of **$99.19** in months **12-60.** Total amortized payment: **$5,661.39.**
2. **CSE Federal Credit Union** has a lien on **Debtor's wife's separate account**, with a debt of **$11,555.00**, will be paid that amount with **5%** interest over **60** months. Total amortized payment: **$13,083.43.**

* Secured creditors' lien shall remain until secured claim is paid, effective upon discharge. Each of the above secured claims, if allowed, shall be paid the secured value, as set forth above, or the amount of the secured claim filed, whichever is less.
*Any claim with a secured value of $0 shall be treated as a general unsecured claim.

E. PRIORITY CLAIMS
   **NONE**

F. UNSECURED CLAIMS
   1. NONDISCHARGEABLE
      a. **NONE**
   2. CO-SIGNED CLAIMS

b. **NONE**

3. **Allowed General Unsecured Undisputed Claims** as listed in Schedule F, incorporated herein by reference thereto, and the Bifurcated (Under-secured) portion of secured creditors claims as set forth in section III (C&D) above, or allowed claims filed whether or not listed, estimated to be **$55,929.09**, shall receive a pro rata share of an estimated **$1,500.00**, paying approximately **2.71%**.

**IV. GENERAL TERMS**:

**(A)** The effective date of this plan shall be six(6) months after **August 7, 2014**, the date of filing of the petition.

**(B)** Title to Debtor(s)' property shall revest in Debtor(s) upon confirmation of a plan pursuant to 11 USC 1327(b) (or upon dismissal after confirmation per 11 USC 1329 or upon closing the case per 11 USC 350).

**(C)** Confirmation of this plan shall be res judicata on the value of secured claims per Sec 506 and 1325, and approval of Debtor(s)' attorney's request for compensation provided such request is within the Court's approved "no-look" parameters. Any amounts in excess of the approved "no-look" shall be separately requested and noticed.

Respectfully Submitted:

    Simon, Fitzgerald, Cooke, Reed & Welch, Attorney's at Law
    1 Lakeshore Drive, Suite 1600
        Lake Charles, LA 70629
        (337) 436-7222- E-mail: mpettaway@simonfitzgerald.com

    By: ___/s/ *Matthew B. Pettaway* _____
    Matthew Bond Pettaway, #33313
    ATTORNEY FOR DEBTOR(S)

Date: August 6, 2014

/s/Benjamin Broussard-Snead

_____
*Benjamin Broussard-Snead - Debtor*